No. 1429. MYSHOLOWSKY *v.* NEW YORK. June 16, 1947. Petition for writ of certiorari to the County Court of Kings County, New York, denied. *Jacob Rassner* for petitioner.

No. 1433. RECK *v.* ILLINOIS. June 16, 1947. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Wm. Scott Stewart* for petitioner.

Nos. 1434 and 1435. PETERS *v.* ILLINOIS. June 16, 1947. Petition for writs of certiorari to the Supreme Court of Illinois denied. *Wm. Scott Stewart* for petitioner.

Nos. 1436 and 1437. BUCK *v.* ILLINOIS. June 16, 1947. Petition for writs of certiorari to the Supreme Court of Illinois denied. *Wm. Scott Stewart* for petitioner.

No. 1439. GRIFFIN *v.* RAGEN, WARDEN. June 16, 1947. Petition for writ of certiorari to the Circuit Court of Winnebago County and the Supreme Court of Illinois denied.

No. 1440. LOPEZ *v.* INSULAR POLICE COMMISSION ET AL. June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Benicio Sanchez Castano* for petitioner.